UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-208-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTONIO MONTANA BOYD | ) | |

For good cause shown, the United States' motion to seal its proposed sealed response to a sealed motion is hereby GRANTED, except that copies shall be provided to the government and Defendant.

SO ORDERED.

This the 11th day of March, 2013.

LOUISE W. FLANAGAN
United States District Judge