UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-208-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTONIO MONTANA BOYD | ) | |

For good cause shown, the United States' motion to seal its proposed sealed opposition to

Defendant's sealed motion (DE #101) is hereby GRANTED, except that copies shall be provided

to the government and Defendant.

SO ORDERED.

This the __9th__ day of March, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge